IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GRUBENSKY,<br><br>            Plaintiff,<br><br>     v.<br><br>PFIZER INC., VIATRIS INC., GREENSTONE LLC, PRASCOLABS, PHARMACIA & UPJOHN; and DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No. 4:24-cv-8746-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION**<br><br><br><br>Complaint Filed: December 4, 2024<br>Trial Date: None set |

Before the Court is the stipulation of Jamie Grubensky ("Plaintiff") and Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC, Prasco, LLC d/b/a Prasco Laboratories, Viatris Inc., and Greenstone LLC ("Defendants"), to stay this action.

On November 26, 2024, certain plaintiffs filed a petition with the Judicial Panel on Multidistrict Litigation ("JPML") to centralize this and other cases in which plaintiffs allege personal injuries relating to the use of Depo-Provera, into a Multidistrict Litigation ("MDL") (the "Petition"). The JPML has set the Petition for a hearing on January 30, 2025, and is expected to decide the Petition in early February 2025. The parties seek a stay of this case through March 7, 2025, or until the Petition is decided, whichever is sooner. Courts routinely find good cause to

stay a case during the pendency of a JPML petition. *E.g.*, *E.g.*, *Schmidt v. Pfizer Inc, et al.*, No. 3:24-cv-06875-JC (N.D. Cal.), ECF No. 53; *A.H.M. v. Uber Techs., Inc.*, No. 23-cv-03482-JSC, 2023 WL 6199179 (N.D. Cal. Sept. 22, 2023); *Hulsh v. Bayer Healthcare Pharms. Inc*., No. 15-cv-04801-JST, 2016 WL 7168398 (N.D. Cal. Jan. 11, 2016); *Lyon v. DePuy Orthopaedics, Inc*., No. 19-cv-05270-PJH, 2019 WL 4933586 (N.D. Cal. Oct. 7, 2019); *Good v. Prudential Ins. Co. of America*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998) ("Courts frequently grant stays pending a decision by the MDL Panel regarding whether to transfer a case.").

Accordingly, the Court finds good cause for the stipulation and hereby GRANTS the stipulation. This action shall be stayed through March 7, 2025, or until the JPML decides the Petition, whichever is sooner. On March 7, 2025, if this action is not transferred to an MDL proceeding, the parties shall file a joint status update. If the Petition is denied, Defendants shall have through and until 21 days after the JPML rules on the anticipated JPML petition to respond to the Complaint.

Dated:  1/2/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER TO STAY ACTION
4:24-CV-8746-HSG